FILED
FEB 2 6 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ak
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                          ) CR NO: 2:13-MJ-0060 KJN

CHRISTOPHER LEE LANG

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **CHRISTOPHER LEE LANG**

Detained at (custodian): **Nevada County Jail**

Detainee is: a.) ☒ charged in this district by:
 ☐ Indictment   ☐ Information   ☒ Complaint
Charging Detainee With: **Possession of Firearm; Possession of Methamphetamine with intent to Distribute; and Possession of Firearm during a Crime of Violence or Drug Trafficking**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary February 28, 2013 at 2:00 P.M. in the Eastern District of California.

Signature: /s/
Printed Name & Phone No: **Michelle Rodriguez (916) 554-2700**
Attorney of Record for: **United States of America**

## WRIT OF HABEAS CORPUS
     ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *February 28, 2013 at 2:00 P.M.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

2/26/2013
Date                United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | D034931 | DOB: | 12/24/1964 |
| Facility Address: | 925 Maidu Avenue | Race: | White |
| | Nevada City, CA 95959 | FBI #: | |
| Facility Phone: | (530) 265-1291 | | |
| Currently Incarcerated For: | 11378 H&S, 11379 H&S, 11377(a), 2800.2 CVC, 29800(a)(1)PC, 12022(a)(1)PC, 113364, 1551.PC | | |

### RETURN OF SERVICE

Executed on _____ by _____
                (Signature)

Form Crim-48                      Revised 11/19/97