1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. 13-mj-60 KJN
                                    )
11          Plaintiff,              ) **STIPULATION AND [~~PROPOSED~~] ORDER**
                                    ) **TO CONTINUE PRELIMINARY HEARING**
12      v.                          )
                                    ) Date:  March 14, 2013
13 CHRISTOPHER LEE LANG,            ) Time:  2:00 p.m.
                                    ) Judge: Hon. Allison Claire
14          Defendant.              )
                                    )
15 _____  )

16     The parties hereby stipulate and request that the Court continue
17 the preliminary hearing scheduled for March 14, 2013, at 2:00 p.m., to
18 April 18, 2013, at 2:00 p.m.

19     Counsel for Mr. Lang requires the time to determine whether he
20 believes Mr. Lang understands the nature and type of proceedings
21 presently pending. Counsel may move for a competency evaluation of Mr.
22 Lang after this determination.

23     In addition, the parties have expressed interest in reaching a
24 preindictment resolution of the pending charges. Counsel for Mr. Lang
25 requires time to review a proposed settlement offer with Mr. Lang.

26     The parties agree that the above reasons constitute good cause to
27 extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and

28 Stipulation And Proposed Order          1                    13-mj-60 KJN

1  that the Court should extend the time within which the government must
2  file an indictment to April 18, 2013.  The parties stipulate that the
3  ends of justice served by granting Mr. Lang's request for a continuance
4  outweigh the best interest of the public and Mr. Lang in a speedy trial,
5  and that this is an appropriate exclusion of time for defense
6  preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code
7  T4).

Dated: March 5, 2013                JOSEPH SCHLESINGER
                                    Acting Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender


Dated: March 5, 2013                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for M. Rodriguez
                                    _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

**O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to April 18, 2013, at 2:00 p.m., before the duty magistrate; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Lang's request for a continuance outweigh the best interest of the public and Mr. Lang in a speedy trial.

   IT IS SO ORDERED.

Dated: March 5, 2013                            /s/ Allison Claire
                                    _____
                                    United States Magistrate Judge